IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60203
Summary Calendar

_____


NORRIS COXWELL,

                                        Plaintiff-Appellant,

                    versus

        SHIRLEY S. CHATER, COMMISSIONER OF
                SOCIAL SECURITY,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
(4:95CVLN)
- - - - - - - - - -
December 20, 1996
Before SMITH, DUHÉ and BARKSDALE, Circuit Judges.

PER CURIAM:[1]

     Norris Coxwell appeals the district court's affirmance of the
Commissioner's decision denying him social security disability and
supplemental income benefits beyond the closed period ending June
17, 1991.

     He argues that the record does not support the determination
by the administrative law judge (ALJ) of medical improvement
beginning June 18, 1991, and that because no new medical evidence

_____

     [1] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

was added to the record after remand from the Appeals Council, Coxwell's disability continued. From our review of the record and the appellate arguments, we conclude that there was substantial evidence to support the ALJ's determination. See Anthony v. Sullivan, 954 F.2d 289, 292 (5th Cir. 1992).

Coxwell also argues that the ALJ failed to consider, in accordance with Social Security Ruling 95-5p, Coxwell's subjective complaints of pain. In light of the ALJ's incorporation into the decision after remand the summary of evidence and evaluation from the initial ALJ decision, we detect no error in the ALJ's evaluation of the complaints of pain. See Anthony, 954 F.2d at 292.

AFFIRMED.